# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINACE CROWDER | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-2242 |
| ACCOUNT CONTROL TECHNOLOGY, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with this Court's order of September 10, 2012 (ECF No. 6), and based on the failure of Plaintiff to show cause why this case should not be dismissed by October 10, 2012, the Court hereby DISMISSES this case for want of prosecution. The Clerk shall MAIL a copy of this order to the Plaintiff and Defendant and shall CLOSE the case.

DATED this <u>12th</u> day of October, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge